# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2
### Eastern Division

Interfaith Housing Center of the Northern Suburbs

          Plaintiff,

v.　　　　　　　　　　　　　　　　Case No.: 1:11−cv−01146

　　　　　　　　　　　　　　　　　Honorable Sharon Johnson Coleman

Barry Bernsen, et al.

          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, November 22, 2011:

    MINUTE entry before Honorable Sharon Johnson Coleman:Motion hearing held on 11/22/2011 regarding plaintiff's motion for voluntary dismissal pursuant to Rule 41(a)(2) [41]. The motion [41] is granted. The case is dismissed with prejudice. Civil case terminated. Mailed notice(keg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.